# Court of Appeals
# of the State of Georgia

ATLANTA, August 04, 2020

*The Court of Appeals hereby passes the following order*

**A20I0252. TERMINAL INVESTMENT CORPORATION, d/b/a TICO v. ERIC LEE DOUSE, JR.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

STCV1701813



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, August 04, 2020.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*